Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Gibney Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBRA FOLTZ,<br>        Plaintiff,<br><br>    v.<br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>        Defendant. | 3:07-CV-01605-MO<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $15,932.75 pursuant to 42 U.S.C. § 406(b). The attorney fee of 4,899.79 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __20__ day of __February__, 2015.

/s/Michael W. Mosman
Michael Mosman
United States District Court Judge